# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOORMAN, William A. | Ct of App for Veterans Claims | 12/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004-2950

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President, Board of Trustees | Air Force Aid Society -- Nonprofit |
| 2. | Vice President, Board of Trustees | Air Force Judge Advocate School Foundation -- Nonprofit |
| 3. | Trustee | Decedent's Trust #1 - Deceased |
| 4. | Executor | Estate #2 - Deceased |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 12/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 12/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pentagon Federal Share Acct | A | Interest | J | T | | | | | |
| 2. Pentagon Federal Money Mkt | A | Interest | K | T | | | | | |
| 3. TR Price Capital Appreciation Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. TR Price Small Cap Value Fund (IRA) | A | Dividend | J | T | | | | | |
| 5. Ameriprise Insured Money Mkt | A | Interest | J | T | | | | | |
| 6. Fid Adv Small Cap-A | D | Dividend | L | T | | | | | |
| 7. Fid Adv New Insights-A | D | Dividend | L | T | | | | | |
| 8. Putnam Equity Income-A | D | Dividend | L | T | | | | | |
| 9. DWS Dremen S/Cap Val-A | A | Dividend | | | Sold (part) | 10/14/14 | K | B | |
| 10. | | | | | Sold | 10/20/14 | J | A | |
| 11. MFS Municipal Income-A | D | Dividend | M | T | | | | | |
| 12. W Blair Intl Growth-N | A | Dividend | K | T | | | | | |
| 13. MFS Intl New Disc-A | A | Dividend | K | T | | | | | |
| 14. MFS VA Muni Bond-A | C | Dividend | M | T | Buy (add'l) | 12/12/14 | K | | |
| 15. Ford Motor Co Common Stock | A | Dividend | K | T | | | | | |
| 16. Fid Adv Strat Income-A | D | Dividend | | | Sold | 12/12/14 | L | A | |
| 17. Wells Fargo Bank -- Savings | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Bank -- Checking | A | Interest | L | T | | | | | |
| 19. DWS Deutsche Select Alt Alca | C | Dividend | L | T | | | | | |
| 20. PG&E Common Stock | A | Dividend | J | T | | | | | |
| 21. Invesco Small Cap | D | Dividend | K | T | Buy | 10/20/14 | K | | |
| 22. Google Common Stock | A | Dividend | K | T | Buy | 10/14/14 | K | | |
| 23. Trust #1 - Wells-Fargo Bank Savings | A | Interest | M | T | | | | | |
| 24. Trust #1 - Wells-Fargo Bank Checking | | None | K | T | | | | | |
| 25. Trust #1 - Bank of America - Money Market | A | Interest | | | Closed | 08/18/14 | J | | |
| 26. Trust #1 - Bank of America - Checking | | None | | | Closed | 09/11/14 | J | | |
| 27. Trust # 1 - Commonwealth REIT Common Stock | A | Dividend | | | Sold | 02/03/14 | J | A | |
| 28. Trust #1 - Senior Housing Prop Common Stock | A | Dividend | | | Sold | 09/03/14 | J | A | |
| 29. Estate #2 Wells Fargo Bank Savings (x) | A | Interest | O | T | | | | | |
| 30. Estate #2 Wells Fargo Bank Checking (x) | | None | K | T | | | | | |
| 31. Ameriprise Trust Company WAMoorman Rollover IRA | E | Dividend | N | T | | | | | |
| 32. - Blackrock Inflation Prot Bond | | | | | Sold | 04/17/14 | J | A | |
| 33. - Columbia Dividend Opp | | | | | Sold | 01/24/14 | K | A | |
| 34. - Columbia Income Opp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Active Portfolio Multi Manager Small Cap Equity Cl A | | | | | Sold (part) | 07/14/14 | J | A | |
| 36. - Active Portfolio Multi Manager Alternative Strat Cl A | | | | | Buy (add'l) | 07/14/14 | J | | |
| 37. - Hancock Global Absolute Return | | | | | | | | | |
| 38. - MFS Value Cl A | | | | | Buy (add'l) | 04/17/14 | J | | |
| 39. | | | | | Sold (part) | 10/15/14 | J | A | |
| 40. | | | | | Sold (part) | 12/24/14 | J | A | |
| 41. - MFS Int'l Value | | | | | Buy (add'l) | 07/14/14 | J | | |
| 42. - MFS Emerging Markets | | | | | | | | | |
| 43. - Prudential Global Real Estate | | | | | | | | | |
| 44. - Prudential Mid Cap | | | | | | | | | |
| 45. - Wells Fargo Emerging Mkts | | | | | Buy (add'l) | 01/24/14 | J | | |
| 46. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 47. - Blackrock Hi Yield Bond | | | | | Sold | 07/14/14 | J | A | |
| 48. - JP Morgan Strat Income Opp | | | | | Sold | 12/24/14 | J | A | |
| 49. - JP Morgan Large Cap Growth | | | | | Buy | 04/17/14 | J | | |
| 50. | | | | | Sold (part) | 12/24/14 | J | A | |
| 51. - Eaton Vance Float Rate | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Invesco Int'l Growth | | | | | Buy (add'l) | 01/24/14 | J | | |
| 53. - American Century Mid Cap | | | | | | | | | |
| 54. - Fidelity Advisor Total Bond Cl A | | | | | Sold (part) | 01/24/14 | J | A | |
| 55. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 56. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 57. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 58. - Blackrock Strat Inc | | | | | Buy | 12/24/14 | J | | |
| 59. - Active Portfolio Multi Manager Value Cl A | | | | | Buy | 01/24/14 | K | | |
| 60. - Active Portfolio Multi Manager Growth Cl A FKA Colum Active Larg Cap | | | | | Sold (part) | 12/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 12/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William A. MOORMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544